AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN          DISTRICT OF          TEXAS

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 25 2015

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Javier GAMEZ-Salazar | |
| 090 482 803 | **Case Number:   M-15-00640-M** |

AKA:

IAE          YOB: 1963

Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **April 7, 2015** _____ in _____ **Starr** _____ County, in

the _____ **Southern** _____ District of _____ **Texas** _____ defendants(s) did,

(Track Statutory Language of Offense)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1326** _____ **(Felony)** _____

I further state that I am a(n) _____ **Deportation Officer** _____ and that this complaint is based on the

following facts:

**On April 7, 2015, Javier GAMEZ-Salazar a citizen of Mexico was encountered by Immigration Officers at the Starr County Jail in Rio Grande City, Texas. An immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on April 25, 2015. Record checks revealed the defendant was formally removed from the United States to Mexico for the first (1) time on February 13, 2004 via the El Paso, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about Unknown Date by wading the Rio Grande River at or near Laredo, Texas. On July 31, 2003, the defendant was convicted of 8 USC 1324 Transporting Undocumented Aliens within the United States and sentenced to eleven (11) months to the custody of the United States Bureau of Prisons and three(3) years supervise release.**

Continued on the attached sheet and made a part of this complaint:          ☐ Yes   ☒ No

Complaint authorized by AUSA L.Requenez

_____
Signature of Complainant

Arnulfo Rodriguez
**Printed Name of Complainant**

Sworn to before me and subscribed in my presence,

**April 25, 2015** _____ 3:35 _____ at   McAllen, Texas
**Date**                                                            **City and State**

Peter E. Ormsby _____ , U.S. Magistrate Judge          _____
**Name and Title of Judicial Officer**                                **Signature of Judicial Officer**